1

GARY GOYETTE – SBN 224715
**GOYETTE & ASSOCIATES, INC.**
**A Professional Law Corporation**
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Ph:  (916) 851-1900
Fax:  (916) 851-1995
Email:  goyetteg@goyette-assoc.com

Attorney for Plaintiffs

Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Michael D. Youril, Bar No. 285591
myouril@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:559.256.7800
Facsimile:559.449.4535

Attorneys for Defendant CITY OF CERES

2

3

4

5

6

7

8

9

10

11

12

13

14   **UNITED STATED DISTRICT COURT**

15   **EASTERN DISTRICT OF CALIFORNIA (FRESNO)**

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Re: Approval of Settlement Agreement
and Dismissal with Prejudice

JULIO AMADOR, ROSS BAYS, STEVE CARVALHO, KARI CARVALHO, JASON COLEY, JAMES DAYTON, ERIC GALLEGOS, ARTHUR HIVELY, COEY HENSON, JEFFREY TRAVIS HUDSON, DIRK NIEUWENTHUIS, FREDERICO ORTIZ JR., BRIAN PETERSEN, HECTOR PULIDO, KIASHIRA RUIZ, CHARLES RUSHING, JESUS SALINAS, KRANDALL VANDAGRIFF, DARREN VENN, JONATHAN VERA, DANNY VIERRA, MICHAEL VIERRA, TRINIDAD VIRAMONTES, GREG YOTSUYA, MARK ANDERSON, OYRE ECHOLS, DERRICK FARIA, TAMMIE JOHNSON, DEVIN LADD, JUSTIN VOSBEIN, SHAWNNA YOTSUYA, LORENZO BELTRAN, MATTHEW BERLIER, and KEITH GRIEBEL

        Plaintiffs,

v.

CITY OF CERES and Does 1 through 10, inclusive.

        Defendants.

Case No.  1:17-cv-00552 DAD MJS

**JOINT STIPULATION RE APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**

**[ PURSUANT TO FRCP RULE 41(a)(1)(A)(ii) ]**

**[PROPOSED ORDER FILED CONCURRENTLY HEREWITH]**

**STIPULATION FOR DISMISSAL OF ACTION [FRCP 41]**

Plaintiffs JULIO AMADOR, ROSS BAYS, STEVE CARVALHO, KARI CARVALHO, JASON COLEY, JAMES DAYTON, ERIC GALLEGOS, ARTHUR HIVELY, COEY HENSON, JEFFREY TRAVIS HUDSON,  DIRK NIEUWENTHUIS, FREDERICO ORTIZ JR., BRIAN PETERSEN, HECTOR PULIDO, KIASHIRA RUIZ, CHARLES RUSHING, JESUS SALINAS, KRANDALL VANDAGRIFF, DARREN VENN, JONATHAN VERA, DANNY VIERRA, MICHAEL VIERRA, TRINIDAD VIRAMONTES, GREG YOTSUYA, MARK ANDERSON, OYRE ECHOLS, DERRICK FARIA, TAMMIE JOHNSON, DEVIN LADD, JUSTIN VOSBEIN, SHAWNNA

YOTSUYA, LORENZO BELTRAN, MATTHEW BERLIER, and KEITH GRIEBEL (hereinafter "Plaintiffs") and Defendant CITY OF CERES (hereinafter "Defendant") hereby stipulate as follows:

1)   Plaintiffs are presently or were previously employed by Defendant.

2)   Plaintiffs filed the above captioned action ("Action") on behalf of themselves arising out of certain events that allegedly occurred during their employment by Defendant alleging a violation of the Fair Labor Standards Act (29 U.S.C. §§ 201 *et seq.*) ("FLSA"). The Court has jurisdiction over the subject matter of this action and over the parties.

3)   The Defendant filed an Answer to the Complaint denying its material allegations and asserting affirmative defenses thereto.

4)   The Parties dispute the alleged violations of the FLSA based on the facts as pled in the Complaint.

5)   The Parties have engaged in extensive negotiations in an attempt to resolve their differences, and throughout these negotiations all Parties were, and continue to be, represented by counsel experienced in wage and employment matters.

6)   The Parties wish to avoid the potential uncertainty, expense and delay of litigation and have therefore reached an agreement.  The terms of the Parties' agreement are embodied in the Settlement Agreement and Release of Claims ("Settlement Agreement") which all Parties have executed (including all thirty-four (34) Plaintiffs, as documented with each of their signatures on the individual releases attached as Exhibit A to the Settlement Agreement.) A copy of the Settlement Agreement is attached hereto as **Exhibit 1** and incorporated herein. In turn, Exhibit A to the Settlement Agreement contains the signatures of all thirty-four (34) Plaintiffs designating their consent to settle their claims and their agreement of the settlement terms.

7)   Courts have determined that the provisions of the FLSA are mandatory and cannot generally be abridged by contract or otherwise waived.  However, when employees bring a private action for compensation under the FLSA, such action may be voluntarily dismissed without a Court Order when, pursuant to Federal Rules of Civil Procedure

(FRCP) Rule 41(a)(1)(A)(ii), Plaintiffs present the district court a proposed settlement and a joint stipulation by the parties requesting dismissal of the action.

8) By entering into this Stipulation and requesting Court approval, the Parties do not intend that the Court should make any findings or determination regarding the law.

9) The Parties jointly request the Court approve of and enter the Stipulation and Order;

IT IS THEREFORE STIPULATED, by and between the Parties, through their respective counsel, and pursuant to FRCP Rule 41(a)(1)(A)(ii), that:

    a. The Settlement Agreement should be approved, and this Stipulation and Order should be entered by the Court;

    b. The Court should expressly reserve jurisdiction with respect to this Action for the purposes of enforcing the Settlement Agreement; and,

    c. Upon the Court's approval of the Settlement Agreement, this Action should be dismissed, in its entirety, with prejudice.

Dated:  March 15, 2018

**GOYETTE & ASSOCIATES, INC.**
**A Professional Law Corporation**

By      /s/
    Gary G. Goyette, Esq.
    Attorney for Plaintiffs

Dated:  March 15, 2018

**LIEBERT CASSIDY WHITMORE**

By      /s/
    Jesse J. Maddox
    Attorney for Defendant

# EXHIBIT 1

## SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS

This Settlement Agreement and Mutual Release ("Agreement") is entered into by and between Defendant City of Ceres ("City") and Plaintiffs Julio Amador, Ross Bays, Steve Carvalho, Kari Carvalho, Jason Coley, James Dayton, Eric Gallegos, Arthur Hively, Coey Henson, Jeffrey Travis Hudson, Dirk Nieuwenthuis, Frederico Ortiz, Jr., Brian Petersen, Hector Pulido, Kiashira Ruiz, Charles Rushing, Jesus Salinas, Krandall Vandagriff, Darren Venn, Jonathan Vera, Danny Vierra, Michael Vierra, Trinidad Viramontes, Greg Yotsuya, Mark Anderson, Oyre Echols, Derrick Faria, Tammie Johnson, Devin Ladd, Justin Vosbein, Shawnna Yotsuya, Lorenzo Beltran, Matthew Berlier, and Keith Griebel (collectively, "Plaintiffs"), (City and Plaintiffs are collectively referred to as the "Parties"). The Agreement is effective on the Effective Date set forth below.

## RECITALS

A.      Whereas, Plaintiffs are or were employed by the City; and

B.      Whereas, on April 19, 2017, Julio Amador filed a complaint captioned "*Amador, et al. v. City of Ceres*," Case No. 1:17-cv-00522-DAD-MJS, in the United States District Court for the Eastern District of California ("Action") arising from his employment with the City;

C.      Whereas, the complaint filed in the Action alleges violations of the Fair Labor Standards Act (29 U.S.C. § 201, *et seq.*) ("FLSA") and seeks recovery of allegedly unpaid overtime pay and liquidated damages under a three-year statute of limitations, as well as attorneys' fees, and costs ("Complaint"); and

D.      Whereas, the Complaint alleges that the City violated the FLSA by miscalculating the Plaintiffs' regular rates of pay, which resulted in underpayments of overtime pay to current and former non-exempt employees. Plaintiffs allege the City failed to include in its calculation of the regular rate of pay all forms of remuneration, including but not limited to payments in lieu of medical benefits ("cash-in-lieu"), holiday pay, and other remunerations anytime three years before the Complaint was filed; and

E.      Whereas, on July 28, 2017, the City filed an Answer to the Complaint denying the material allegations and asserting affirmative defenses thereto; and

F.      Whereas, the City controverts Plaintiffs' claims in all respects, and the applicability of the FLSA as alleged in the Complaint, as well as the applicable level of alleged unpaid overtime, and all other claims, allegations, and requests for damages are disputed; and

G.      Whereas, the Parties have engaged in arms-length negotiations in an attempt to resolve their differences and evaluate the data relevant to a settlement calculation, and throughout these negotiations all Parties were and continue to be represented by counsel experienced in wage and employment matters; and

H.      Whereas, the Parties wish to avoid the potential uncertainty, expense, and delay of litigation and have therefore, based upon their negotiations, agreed to a settlement of the Parties' dispute; and

1

8469079.2 CE060-045

I.        Whereas, the potential recovery at trial, if any, remains unknown, but the Parties believe the terms of this Agreement are consistent with and within the range of a reasonable result that Plaintiffs might expect to obtain if they prevailed after a trial; and

J.        Whereas, as a result of their negotiations, the Parties wish to settle the Action and resolve and release all disputes and claims actually raised or that could have been raised in the Action, whether known or unknown, against the City.

**NOW THEREFORE,** in consideration for the mutual promises and undertakings of the Parties as set forth below, the Parties enter into this Agreement and agree as follows:

<u>TERMS</u>

1.        **Settlement Amount:** The City shall pay a total of $126,866.38 in this Action, and this amount shall include all of Plaintiffs' damages, attorneys' fees, and costs to settle the Action. The allocation of the Settlement Amount shall be: a) $ 75,300.00 to be divided amongst the thirty-four (34) Plaintiffs, fairly based on and weighted by the overtime hours worked by each Plaintiff during the damages period (from April 19, 2014 to the Effective Date of this Agreement), as approved by and directed by the Plaintiffs and their legal counsel, and as documented on the "Settlement Agreement and Release Signature Page" for each Plaintiff, attached to this Agreement; and 2) $51,566.38 to Plaintiffs' legal counsel, Goyette & Associates, Inc.   Although the Parties dispute whether the City has liability for Plaintiffs' claims, for purposes of this Agreement, the Settlement Amount represents the agreed upon amount for all overtime compensation allegedly owed to Plaintiffs and all amounts allegedly owed for liquidated damages arising during an alleged three-year statute of limitations for recovery relief, and any and all other damages and relief recoverable in the Action, including attorneys' fees and costs, for the full liability period alleged in the Action.

Provided each Plaintiff provides City with his or her executed release by March 2, 2018, City will issue payment to the individuals above no later than March 16, 2018.  To the extent any individual listed above does not provide City with an executed release at least two weeks prior to March 16, 2018, City shall pay the individual the amount listed above as soon as reasonably possible after receiving an executed release, but in no case later than the next full pay period after receiving such a release.

A.        **Disbursement of Payments.** The City shall pay to each individual Plaintiff the amounts stated in his or her Settlement Agreement and Release Signature Page.  The amount of the settlement attributable to "Back Overtime Pay Amount" represents back pay and will be issued to each Plaintiff on an individual payroll check in the amount stated on each Settlement Agreement and Release Signature Page.  The sum attributable to back pay is subject to applicable employment tax withholdings.  The back pay shall be included in each Plaintiff's 2018 W-2 as taxable wages.  The sum attributable to the "Liquidated Damages Amount" will be directly issued to each Plaintiff in the amount stated on each Settlement Agreement and Release Signature Page , for which the City will issue each Plaintiff an IRS Form 1099.

8469079.2 CE060-045

Plaintiffs acknowledge and agree that the City has made no representations to them or their counsel regarding the tax consequences of any amounts received by them pursuant to this Agreement. Plaintiffs agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. Plaintiffs further agree to indemnify and hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against the City for any amounts claimed due from Plaintiffs related to the monies paid on account of this Agreement and for any costs, interest, expenses, fines, penalties, attorneys' fees or damages incurred or sustained by the City by reason of Plaintiffs' failure to pay such taxes.

      **B.    Attorneys' Fees and Costs.** City shall issue a check for $ 51,566.38 made payable to counsel for Plaintiffs, the law firm of Goyette & Associates, Inc., for Plaintiffs' attorneys' fees and costs. The $ 51,566.38 check is included in the total settlement sum of $126,866.38. The City will issue the payment no later than fourteen (14) calendar days from the Effective Date of this Agreement, and shall have the check delivered to Goyette & Associates, Inc. at 2366 Gold Meadow Way, Suite 200, Gold River, CA 95670. Except as provided herein, each party will bear its own attorneys' fees and costs.

      **2.    Dismissal of Pending Action.** Each of the Plaintiffs agrees to dismiss with prejudice their claims in the Action, and to withdraw or dismiss any other complaint, claim, grievance, or charge that he or she has filed against the City seeking FLSA overtime compensation and related relief for events occurring up to the Effective Date of this Agreement. This Agreement extends to any such complaint, claim, grievance, or charge for FLSA overtime compensation filed in any state or federal court, with any administrative body, agency, board, commission, or other entity whatsoever.

      **3.    General Release.** Plaintiffs accept this settlement, and understand that Plaintiffs' acceptance of this settlement constitutes a full and complete settlement of all claims and possible claims against the City, known or unknown, foreseen or unforeseen, arising out of the matters raised in the Complaint or related thereto as of and including the Effective Date of this Agreement, including all claims made in this lawsuit for unpaid overtime, liquidated damages and attorneys' fees, and Plaintiffs hereby fully, finally and completely release, waive and discharge the City, and its officers, agents, employees, successors and assigns from any further claims under the FLSA for any alleged FLSA violation that has occurred up to and including the Effective Date of this Agreement.

The Parties understand that this Release extends to all grievances, disputes or claims of every nature and kind, known or unknown, suspected or unsuspected, arising from or attributable to Plaintiffs' claims that the City violated the FLSA up to and including the Effective Date of this Agreement. The Parties understand that this release does not include claims relating to conduct or activity which does not arise from or is not attributable to Plaintiffs' FLSA claims or to any conduct or activity which occurs after the Effective Date of this Agreement. The Parties understand that this is a compromise settlement of disputed claims, and that nothing herein shall be deemed or construed at any time or for any purpose as an admission of the merits of any claim or defense.

8469079.2 CE:060-045

The Parties further acknowledge that any and all rights granted them under section 1542 of the California Civil Code are hereby expressly waived regarding Plaintiffs' FLSA claims up to and including the Effective Date of this Agreement, but not as to claims other than FLSA claims. Section 1542 of the California Civil Code provides as follows:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

4.    **Release of City's Claims.**    In exchange for Plaintiffs' release of claims, the City releases any claim for attorneys' fees and costs incurred in this proceeding against any Plaintiff.

5.    **Knowledge of Parties.** The Parties understand and agree to the terms and conditions contained herein, and enter into this Agreement knowingly and voluntarily. Plaintiffs have been advised that they have the right to seek legal advice with respect to this Agreement, including the release, and have had the opportunity to consult with counsel. The Parties have investigated the facts pertaining to the settlement and the Agreement and all matters pertaining thereto as deemed necessary. The Parties have relied upon their judgment, belief, knowledge, understanding, and expertise after consultation with their counsel concerning the legal effect of the settlement and its terms. By signing this document and the releases attached as Exhibit A, the Parties signify their full understanding, agreement, and acceptance of the Agreement.

6.    **Governing Law.**  This Agreement shall be governed by and construed in accordance with the laws of the State of California and if necessary federal law. Any claim or action arising out of this Agreement shall be venued in the Fresno Division of the United States District Court for the Eastern District of California, unless the District Court lacks jurisdiction, in which case it shall be venued in the Stanislaus County Superior Court.

7.    **Entire Agreement.** This Agreement, and the Acknowledgment and Release forms for each Plaintiff attached as Exhibit A constitute the entire agreement between the Parties regarding the Action. No other promise or inducement has been offered for this Agreement. Unless ordered otherwise by the Court, any amendments to this Agreement must be in writing, signed by duly authorized representatives of the City and Plaintiffs, and must state that the Parties intend to amend the Agreement.

8.    **Partial Invalidity.**  The invalidity or unenforceability of any provision of this Agreement shall in no way affect the validity or enforceability of any other provision of this Agreement.

9.    **Mutual Drafting.** This Agreement shall be deemed to have been jointly drafted by the Parties and shall be governed by and construed in accordance with the laws of the State of California. Each Party shall bear the Party's own associated costs of preparing this Agreement, including attorneys' fees.

4

190.    **Counterparts.**  This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one-in-the-same document.

11.    **Effective Date.**  This Agreement shall become effective following execution by all of the undersigned counsel for the Parties.

Dated:_____, 2018        **THE CITY OF CERES**

                                                                By:_____
                                                                     Toby Wells
                                                                     City Manager

**THE SIGNATURES AND RELEASES OF EACH INDIVIDUAL PLAINTIFF ARE CONTAINED ON SEPARATE SIGNATURE PAGES ATTACHED AS EXHIBIT A AND INCLUDED HEREIN BY THIS REFERENCE.**

**APPROVED AS TO FORM AND CONTENT:**

Dated:_____3/1_____, 2018        **GOYETTE & ASSOCIATES, INC.**

                                                                By:_____
                                                                     Gary Goyette
                                                                     Attorneys for Plaintiffs,
                                                                     Julio Amador, *et al.*

8469079.2 CI:060-045

10
190.    Counterparts. This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one-in-the-same document.

11.    Effective Date. This Agreement shall become effective following execution by all of the undersigned counsel for the Parties.

Dated:_____3/1_____, 2018          THE CITY OF CERES

                                      By:_____
                                           Toby Wells
                                           City Manager

THE SIGNATURES AND RELEASES OF EACH INDIVIDUAL PLAINTIFF ARE CONTAINED ON SEPARATE SIGNATURE PAGES ATTACHED AS EXHIBIT A AND INCLUDED HEREIN BY THIS REFERENCE.

APPROVED AS TO FORM AND CONTENT:

Dated:_____3/1_____, 2018          GOYETTE & ASSOCIATES, INC.

                                      By:_____
                                           Gary Goyette
                                           Attorneys for Plaintiffs,
                                           Julio Amador, et al.

8469079.2 CE060-045

Dated: _March 1_____, 2018          LIEBERT CASSIDY WHITMORE

By: _Jesse Maddox_
    Jesse J. Maddox, Esq.
    Michael D. Youril, Esq.
    Attorneys for Defendant
    City of Ceres

6

8469079.2 CE060-045

# EXHIBIT A

8469079.2 CE060-045

### SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>DEVIN LADD</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, **$ 1,600.00** for Back Overtime Pay and **$ 1,600.00** for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: 3/1/2018 _____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>JUSTIN VOSBEIN</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, **$ 1,600.00** for Back Overtime Pay and **$ 1,600.00** for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: 3/1/2018 _____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>OYRE ECHOLS</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, **$ 1,600.00** for Back Overtime Pay and **$ 1,600.00** for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres,* Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: _____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>DEREK FARIA</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, $ 1,600.00 for Back Overtime Pay and $ 1,600.00 for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release. and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*. Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: 3/1/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, <u>DANNY VIERRA</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, $ 850.00 for Back Overtime Pay and $ 850.00 for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: 3-1-18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>ROSS BAYS</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, $ 1,350.00 for Back Overtime Pay and $ 1,350.00 for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult an attorney, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in this Settlement and Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount" will be issued to me on an individual payroll check subject to employment tax withholdings. The Back Overtime Pay Amount payable will be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement, agreed to pay all federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity for any monies paid by or due of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Dated:                              3/2/18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, <u>JONATHAN VERA</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, **$ 1,350.00** for Back Overtime Pay and **$ 1,350.00** for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: _____3/1/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>ARTHUR HIVELY</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, $ 850.00 for Back Overtime Pay and $ 850.00 for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: *Arthur Hively*

Dated: *March 1, 2018*

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>BRIAN PETERSON</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, **$ 1,100.00** for Back Overtime Pay and **$ 1,100.00** for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: _____3/1/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>ERIC GALLEGOS</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, **$ 1,100.00** for Back Overtime Pay and **$ 1,100.00** for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: 3-1-18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>JAMES DAYTON,</u> am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, $ 600.00 for Back Overtime Pay and $ 600.00 for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature:

Dated: 3/1/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>JULIO AMADOR,</u> am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, $ 1,350.00 for Back Overtime Pay and $ 1,350.00 for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: 3-1-18 _____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>JASON COLEY</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, $ 850.00 for Back Overtime Pay and $ 850.00 for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: 3-1-18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>FREDERICO ORTIZ</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, **$ 1,100.00** for Back Overtime Pay and **$ 1,100.00** for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: 3/1/18 _____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>TRINIDAD VIRAMONTES</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, **$ 850.00** for Back Overtime Pay and **$ 850.00** for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: _____3-1-18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, <u>MARK ANDERSON</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, $ 1,600.00 for Back Overtime Pay and $ 1,600.00 for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: _____3/1/18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>MATTHEW BERLIER</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, **$ 850.00** for Back Overtime Pay and **$ 850.00** for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: 3-1-18 _____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, <u>DIRK NEIUWENHUIS</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, $ 850.00 for Back Overtime Pay and $ 850.00 for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: 3/1/18 _____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>LORENZO BELTRAN</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, $ 600.00 for Back Overtime Pay and $ 600.00 for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: _____3/1/18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, <u>JEFFREY HUDSON</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, $ 1,100.00 for Back Overtime Pay and $ 1,100.00 for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: _3-1-18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, <u>CHARLES RUSHING</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, **$ 850.00** for Back Overtime Pay and **$ 850.00** for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: 3-1-18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, <u>KRANDALL VANDAGRIFF</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, **$ 600.00** for Back Overtime Pay and **$ 600.00** for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: 3 / 1 / 18 _____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, <u>KEITH GRIEBEL</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, $ 1,350.00 for Back Overtime Pay and $ 1,350.00 for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings.' The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: 3-1-18 _____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, <u>JESUS SALINA</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, $ 850.00 for Back Overtime Pay and $ 850.00 for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: _____2-1-18_____

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, <u>TAMMIE JOHNSON</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, **$ 1,600.00** for Back Overtime Pay and **$ 1,600.00** for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Tammie Johns_

Dated: _3/1/18_

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, <u>HECTOR PULLIDO</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, $ 850.00 for Back Overtime Pay and $ 850.00 for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: 3/1/18 _____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>STEVEN CARVALHO</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, **$ 600.00** for Back Overtime Pay and **$ 600.00** for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Steven Carvalho_

Dated: _3-1-18_

### SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, COEY HENSON, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, $ **1,100.00** for Back Overtime Pay and $ **1,100.00** for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.


Signature:   _____

Dated:       _____

**Signature:** _~~Coey Henson (Mar 1, 2018)~~_____

**Email:**  codawwg@yahoo.com

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>KARI CARVALHO</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, **$ 1,600.00** for Back Overtime Pay and **$ 1,600.00** for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: 3/1/18

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>KIASHIRA RUIZ</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, **$ 1,100.00** for Back Overtime Pay and **$ 1,100.00** for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _Kiash C R_____

Dated: _03-01-18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>DARREN VENN</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, **$ 850.00** for Back Overtime Pay and **$ 850.00** for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: _5-1-18_____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>SHAWNNA YOTSUYA</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, $ **1,600.00** for Back Overtime Pay and $ **1,600.00** for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: 3-1-18

## SETTLEMENT AGREEMENT AND RELEASE
## INDIVIDUAL SIGNATURE PAGE

I, <u>GREG YOTSUYA</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, $ 850.00 for Back Overtime Pay and $ 850.00 for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.

Signature: _____

Dated: 3-1-18 _____

## SETTLEMENT AGREEMENT AND RELEASE
### INDIVIDUAL SIGNATURE PAGE

I, <u>MICHAEL VIERRA</u>, am a present or former employee of the City and a Plaintiff in this case. I, the undersigned, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above eight pages.

I understand that my attorneys, Goyette & Associates, Inc., and representatives have negotiated a settlement with the City to resolve my claim in this case. I understand that the City's payment of $ 51,566.38 in attorney fees and costs to Goyette & Associates, Inc., as well as the total payment issued to me, **$ 1,100.00** for Back Overtime Pay and **$ 1,100.00** for Liquidated Damages constitutes a full and complete settlement of all my claims against the City in the Action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS. I accept this settlement as fair and reasonable. Having been afforded the opportunity to consult with counsel, I voluntarily enter into this Settlement Agreement and Release and hereby completely release the City per the waiver of rights covered by this Settlement Agreement and Release, and agree to dismiss with prejudice, my claims in the action, *Amador et al. v. City of Ceres*, Case No. 1:17-cv-00553-DAD MJS.

I understand that the City shall pay to me the total amount listed in the foregoing Settlement Agreement and Release. I also understand that the amount attributable to "Back Overtime Pay Amount," will be issued to me on an individual payroll check subject to applicable employment tax withholdings. The Back Overtime Pay Amount pay shall be included in my 2018 W-2 as taxable wages. Further, I also understand the sum attributable to the "Liquidated Damages Amount" will be directly issued to me in the amount proscribed, for which the City will issue me an IRS Form 1099.

I acknowledge and agree that the City has made no representations to me regarding the tax consequences of any amounts received by me pursuant to this Agreement. I agree to pay federal, state, and local taxes, if any, which are required by law to be paid with respect to this settlement. I further agree to hold the City harmless from any claims, demands, deficiencies, levies, assessments, executions, judgments, or recoveries by any governmental entity against me for any monies paid on account of this Agreement.

I certify under penalty of perjury that the foregoing is true and correct.


Signature: _____

Dated: 3/1/18 _____

10
190.    **Counterparts.** This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one-in-the-same document.

11.    **Effective Date.** This Agreement shall become effective following execution by all of the undersigned counsel for the Parties.

Dated:_____, 2018          THE CITY OF CERES

By:_____
                                          Toby Wells
                                          City Manager

**THE SIGNATURES AND RELEASES OF EACH INDIVIDUAL PLAINTIFF ARE CONTAINED ON SEPARATE SIGNATURE PAGES ATTACHED AS EXHIBIT A AND INCLUDED HEREIN BY THIS REFERENCE.**

APPROVED AS TO FORM AND CONTENT:

Dated:___3/1____, 2018          GOYETTE & ASSOCIATES, INC.

By:_____
                                          Gary Goyette
                                          Attorneys for Plaintiffs
                                          Julio Amador, *et al.*

8469079.2 CE060-045                                5