GARY GOYETTE – SBN 224715
**GOYETTE & ASSOCIATES, INC.**
**A Professional Law Corporation**
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Ph: (916) 851-1900
Fax: (916) 851-1995
Email: goyetteg@goyette-assoc.com

Attorney for Plaintiffs

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| JULIO AMADOR, ROSS BAYS, STEVE CARVALHO, KARI CARVALHO, JASON COLEY, JAMES DAYTON, ERIC GALLEGOS, ARTHUR HIVELY, COEY HENSON, JEFFREY TRAVIS HUDSON, DIRK NIEUWENTHUIS, FREDERICO ORTIZ JR., BRIAN PETERSEN, HECTOR PULIDO, KIASHIRA RUIZ, CHARLES RUSHING, JESUS SALINAS, KRANDALL VANDAGRIFF, DARREN VENN, JONATHAN VERA, DANNY VIERRA, MICHAEL VIERRA, TRINIDAD VIRAMONTES, GREG YOTSUYA, MARK ANDERSON, OYRE ECHOLS, DERRICK FARIA, TAMMIE JOHNSON, DEVIN LADD, JUSTIN VOSBEIN, SHAWNNA YOTSUYA, LORENZO BELTRAN, MATTHEW BERLIER, and KEITH GRIEBEL<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CERES and Does 1 through 10, inclusive.<br><br>Defendants. | Case No. 1:17-cv-00552 DAD MJS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE** |

[Proposed] Order Granting Stipulation Re: Approval
of Settlement Agreement and Dismissal with Prejudice

1

The Court having read the Parties' Stipulation Re Approval of Settlement Agreement and Dismissal with Prejudice, and good cause appearing therefore:

The Court Orders the following:

1) The Settlement Agreement is approved, and the Stipulation and Order are hereby entered by the Court;

2) Neither party is entitled to attorneys' fees and costs except as expressly specified in the Settlement Agreement;

3) This action is hereby dismissed, in its entirety, with prejudice; and

4) The Court reserves jurisdiction with respect to this action for the purposes of enforcing the Settlement Agreement.

IT IS SO ORDERED.

Dated: March __, 2018

_____
The Honorable Dale A. Drozd
Judge of the United States District Court