UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO AMADOR, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF CERES,<br><br>        Defendant. | No. 1:17-cv-00552-DAD-SAB<br><br>ORDER REASSIGNING CASE |

Review of the court record in above-captioned action entitled *Amador et al. v. City of Ceres*, No. 1:17-cv-00552-DAD-SAB ("the instant action"), reveals it has been related by the undersigned under this court's Local Rule 123 to the following actions pending before the undersigned: (1) *McManus et al. v. City of Ceres*, No. 1:17-cv-00355-DAD-BAM; (2) *Quiroz v. City of Ceres*, No. 1:17-cv-00444-DAD-BAM; and *Miranda v. City of Ceres*, No. 1:18-cv-00041-DAD-BAM. All four actions had been assigned to the undersigned and Magistrate Judge Michael J. Seng. Due to the retirement of Magistrate Judge Michael J. Seng, the actions were randomly reassigned to other magistrate judges. The instant action was reassigned to Magistrate Judge Stanley A. Boone. The other three actions were reassigned to Magistrate Judge Barbara A. McAuliffe.

Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Barbara A. McAuliffe will promote efficiency and economy for the court and parties. Good

cause appearing, the court orders that the instant action be reassigned from Magistrate Judge Stanley A. Boone to Magistrate Judge Barbara A. McAuliffe.

Accordingly, all documents filed in the above-referenced action shall now bear the following new case number: **1:17-cv-00552-DAD-BAM.**

IT IS SO ORDERED.

Dated: **April 23, 2018**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE